UNITED STATES DISTRICT COURT

For

THE EASTERN DISTRICT OF MICHIGAN

Larry Allen Meitzner          Hon. Gershwin A. Drain

Plaintiff

Case No. 2:21-cv-12169

v.

Mark Vanderpool

Defendant



FILED
NOV - 5 2021
CLERK'S OFFICE
U. S. DISTRICT COURT

## MOTION FOR DEFAULT JUDGEMENT

The Plaintiff had filed an action against the Defendant in this Court, recorded on 09-11-2021. The Complaint was sent thru U. S. P. S. tracking No. 7015 0920 000 9554 4157 on SEPT. 27, 2021. While the date of delivery was not filled out, the return card was canceled METROPLEX 480 29 SEP 2021; this would put the 21-day response date at Oct. 20, 2021. As of this writing, the Plaintiff has not received any correspondence from the Defendant.

Per the instruction on the Summons, failure to respond put the Defendant at risk of a default judgement. While the Court may show compassion if the Defendant was pro se, but in this instance, the Defendant is the city manager of Sterling Heights MI, acknowledged in a

1 / 2

recent newspaper article to be the 4th largest city in Michigan, with all resources, including a city attorney, available to him.

The Plaintiff asks the Court to invoke the Default Clause and hold the Defendant liable for the damages sought in the Complaint, to wit: $1000.00 compensatory damage for mental anguish, in his official capacity.

*[signature: Larry Allen Meitzner]*

Larry Allen Meitzner
44496 Sterritt
Sterling Heights. MI
48314

Oct 25, 2021