UNITED STATES DISTRICT COURT

For

THE EASTERN DISTRICT OF MICHIGAN

Larry Allen Meitzner             Hon. Gershwin A. Drain
    Plaintiff

v.

City of Sterling Heights, MI             Case No.  2:21-cv-12169
    Defendant

FILED
NOV - 5 2021
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

**MOTION FOR DEFAULT JUDGEMENT**

The Plaintiff had filed an action against the Defendant in this Court, recorded on 09-11-2021. The Complaint was sent thru U. S. P. S. tracking No. 7015 0920 000 9554 4133 on SEPT. 27, 2021. The delivery date was marked as 10/1/21; the return card was canceled METROPLEX 480  1 OCT 2021; this would put the 21-day response date at Oct. 22, 2021. As of this writing, the Plaintiff has not received any correspondence from the Defendant.

Per the instruction on the Summons, failure to respond put the Defendant at risk of a default judgement. While the Court may show compassion if the Defendant was pro se, but in this instance, the Defendant is the City of Sterling Heights MI, acknowledged in a

1 / 2

recent newspaper article to be the 4th largest city in Michigan, with all resources, including a city attorney, available to it.

The Plaintiff asks the Court to invoke the Default Clause and hold the Defendant liable for the damages sought in the Complaint, to wit: compensatory damages listed for illegal collection of taxes, illegal inspection fees, trip to Sterling Heights, filing fee, etc.; punitive damage of $25,000 awarded to a scholastic scholarship program of Plaintiff's choice; end differential treatment of properties in the same classification.

*Larry Allen Meitzner*

Larry Allen Meitzner
44496 Sterritt
Sterling Heights. MI
48314

Oct 25, 2021