3

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN SECTOR

| | |
|---|---|
| Larry Meitzner | Judge |
| *Plaintiff* | Hon. Gershwin A. Drain |
| v. | |
| | Magistrate Judge |
| The City of Sterling Heights, MI | Elizabeth A. Stafford |
| & | |
| Mark Vanderpool | Case No. 2:21-cv-12169 |
| *Defendants* | |

## RESPONSE TO CONCURANCE

## RULE 7.1

Counsel called for a concurance on dismissing the above-named action. The Plaintiff declined to concur. The plaintiff responded that if he wanted to concur, he would never have filed in the first place. As the plaintiff reads the RULE. a formal response is required.

This appears to be a technicality which Defendants wish to exploit in order to garner an advantage.

It would be ludicrous to think that a Plaintiff would concur to dismiss this case with so much going for it, including a Motion for Default Judgement.

*[signature: Larry Meitzner]*  Larry Meitzner
44496 Sterritt
Sterling Heights, MI
48314
(989) 351 – 8204

Copy to Nathan Petrusak

MARCH 1, 2022

Copy to Marc Kaszubuski

