3

March 1, 2022

United States District Courthouse

231 W. Lafayette

Detroit, MI

48226

Honorable Gershwin Drain, 

2:21 – cv – 12169

    In the past, the Plaintiff sent you a letter regarding a copy of a letter from Chief Judge Hood's office. The letter contained 4 prior cases filed by the Plaintiff that were (inappropriately) dismissed by Judge Ludington. Plaintiff considered this prejudicial and ask you to consider recusing yourself. You lack of reply indicates a "NO" answer.

    At the scheduling Conference on Jan. 21, 2022, when I challenged the Rule 55, I had hoped that you would pick up the challenge and either address the issue to the clerks' office or setup a hearing. I guess all the books I read are right: Judges do not like to be challenged. The plaintiff does not have the citation, but the defense lawyer was trying to present a point when the judge got his case. The result was for the appellate court to throw out the Judge's Ruling.

    With the recent motion by the Defense for Dismissal for failure to state a claim, the Plaintiff is concerned that the Court will leapfrog over the (5) solid reasons that the Plaintiff has presented to prevail. Will you recuse yourself?

1 / 2

*[signature: Larry Meitzner]*

Larry Meitzner
44496 Sterritt
Sterling Heights, MI
48314

Dated March 1, 2022

Copy to Nathan Petrusak

