

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN SECTOR

| | |
|---|---|
| Larry Meitzner | Judge |
| *Plaintiff* | Hon. Gershwin A. Drain |
| v. | |
| | Magistrate Judge |
| The City of Sterling Heights, MI | Elizabeth A. Stafford |
| & | |
| Mark Vanderpool | Case No. 2:21-cv-12169 |
| *Defendants* | |

## MOTION FOR SANCTIONS
## UNDER
## Fed. R. Civ. Pro. 11

The Plaintiff, Larry Meitzner, (Meitzner) has been tolerant of Counsel's antics; filing a perjured form for Waiver of Service of Summons, leapfrogging from that perjured form to file a DEFENDANTS' ANSWER which Meitzner feels to be so weak as to be non-existent. The icing on the cake is his latest 40-page diatribe labeled Motion to Dismiss. Case 2:21-cv-12169-GAD-EAS ECF No. 21, PageID 138 – 178  Filed 02/11/22.

Counselor seems to forget the intervening issues:

His clients failed to respond to the complaint, resulting in a motion for Default Judgement;

A Waiver of Service of Summons cannot be used against a government entity;



Counselor's filing of form AO 399 should be considered perjury;

The Court will be setting a new precedent by defining "timely." Rule 12(a)(1)(A)(ii).

Court records show Summons was recorded 0n 11/10/21. This makes the Waiver dated 11/19/21 superfluous, irrelevant.

We can now add Judicial Estoppel. Defense based its ANSWER on a continuing series of "are without sufficient information so as to determine the truth..." Counsel has taken a completely different tack with his MOTION TO DISMISS which violate the principle of estoppel.

Meitzner has expended time and money to respond to these frivolities. The only way to prevent future injury is for the Court to issue sanctions against Counselor Petrusak and the law Firm of O'Reilly Rancilio P.C. The penalty to the Court should be severe as to send a message. A token award to Meitzner should be included.

MAR 1, 2022

Larry Meitzner
44496 Sterritt
Sterling Heights, MI 48314
(989) 351-8204

2/2

**Extremely Urgent**

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

SHIP TO:
U.S. COURTHOUSE
231 W LAFAYETTE
DETROIT    MI 48226

ROGERS CITY MI 48779

3/2/22

MI 483 0-03

UPS GROUND
TRACKING #: 1Z 699 W53 03 5999

RECEIVED
MAR -3 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

BILLING: P/P

REF 1: 989-351-8204

Insert shipping documents under window from the top.

Do not use this envelope for:
UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may only be used for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if electronic media is classified as a document.
- To qualify for the Letter rate, UPS Express Envelopes must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash.

**Window Envelope**
Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

Serving you for more than 100 years
United Parcel Service.

100% Recycled fiber
80% Post-Consumer

0101951033 4/14 PAC United Parcel Service